**Estel Eugene SHOEMAKE, Appellant,**

v.

**Duane BENTON, Director of Revenue, State of Missouri, Respondent.**

No. 59496.

Missouri Court of Appeals, Eastern District, Division Three.

Jan. 14, 1992.

Francis J. Toohey, Jr., Perryville, for appellant.

William L. Webster, Atty. Gen., Waylene Wilhoit Hiles, Sp. Asst. Atty. Gen., M. Dwight Robbins, Pros. Atty., Fredericktown, for respondent.

## ORDER

PER CURIAM.

Appellant (Driver) appeals an order sustaining the Director of Revenue's decision to revoke Appellant's driver's license for one year pursuant to § 577.041, RSMo (Cum.Supp.1990). Affirmed. The findings and conclusions of the trial court are not clearly erroneous, and an extended opinion would serve no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Scott Eugene SIMMONS, Appellant.**

No. WD 44600.

Missouri Court of Appeals, Western District.

Jan. 21, 1992.

Randall Thompson, Pros. Atty., Bethany, for appellant.

Steven Willibey, Asst. Public Defender, Chillicothe, for respondent.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

## ORDER

PER CURIAM:

Defendant appeals from conviction of manufacture of a controlled substance.

The judgment of conviction is affirmed. Rule 30.25(b).